IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO J. VADO,<br><br>　　　　　　　　　Defendants. | NO. CV 23-5610-AB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. Plaintiff has not paid the full filing fee or requested additional time to do so.

　　IT IS ORDERED that Defendant's motion to revoke Plaintiff's *in forma pauperis* status is GRANTED and this action is dismissed without prejudice.

DATED: May 12, 2025　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　　　United States District Judge