JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO J. VADO, <br><br> Defendants. | NO. CV 23-5610-AB (AGR) <br><br> **JUDGMENT** |

For the reasons stated in the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion to revoke Plaintiff's *in forma pauperis* status is GRANTED and this action is dismissed without prejudice.

DATED: May 12, 2025

ANDRE BIROTTE JR.
United States District Judge